**Allen SPURLOCK, Plaintiff–Appellant,**

v.

**P. BLEVINS, Correctional Officer, Deep Meadow Correctional Center; Rodriguez, Correctional Officer, Deep Meadow Correctional Center, Defendants–Appellees.**

No. 02–7071.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Allen Spurlock, Appellant Pro Se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Allen Spurlock appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Spurlock v. Blevins*, No. CA–02–482 (E.D. Va. filed July 3, 2002 & entered July 5, 2002). We deny Spurlock's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*